1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 504-3931
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  DAVID REED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:13-CR-00144 |
| v. | |
| DAVID REED, et al. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| Defendant. | |
| | Judge: Hon. Carolyn K. Delaney |

### STIPULATION

On April 24, 2013, David Reed was ordered released subject to the conditions set forth in Conditions of Release, docket no. 43.  Pretrial Services Officer Renee Basurto has advised undersigned counsel that she inadvertently neglected to include a standard condition, to wit, "You shall not associate or have any contact with co-defendants in this pending federal case unless in the presence of counsel or otherwise approved in advance by the pretrial services office."

The parties hereby stipulate, with the agreement of Ms. Basurto, that such condition is appropriate and that the conditions of release should be modified to include this condition.  An amended copy of the conditions of release, containing this condition, is attached hereto.  The parties respectfully request that the amended conditions of release be filed.  Ms. Radekin has advised Mr. Reed of this condition and will furnish him with a copy of the amended conditions of release.

1   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: April 26, 2013                                BENJAMIN WAGNER
                                                     United States Attorney

                                              By:    /s/ Jared Dolan
                                                     JARED DOLAN
                                                     Assistant United States Attorney

Dated: April 26, 2013                                /s/ Erin J. Radekin
                                                     ERIN J. RADEKIN
                                                     Attorney for Defendant
                                                     DAVID REED

## ORDER

Good cause appearing, and for the reasons stated in the stipulation of the parties, the conditions of Mr. Reed's release are hereby modified pursuant to 18 U.S.C. § 3145(a) as stipulated by the parties herein. The new conditions of release are those set forth in the Amended Conditions of Release, which are hereby ordered filed.

Dated: April 29, 2013

                                                     _____
                                                     CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE