ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-CR-0144 |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND |
| ) | [PROPOSED] ORDER TO MODIFY |
| v. ) | CONDITIONS OF RELEASE |
| ) | |
| ) | |
| DAVID REED, ) | |
| ) | Judge: Hon. Allison Claire |
| Defendant. ) | |
| _____) | |

On April 24, 2013, David Reed was ordered released with the condition that he "participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer."  Docket nos. 32, 43 (condition no. 12).

At this time the parties, with the full agreement of pretrial services, are requesting that special condition 12, which requires that Mr. Reed attend counseling, be removed.  All other conditions will remain in place and he will continue on pretrial supervision.  Attached hereto are the 2nd Amended Conditions as proposed by the pretrial services officer and the parties.

Stipulation and [Proposed] Order - 1

The parties and pretrial services feel that this action is appropriate at this time since Mr. Reed has been in substance abuse counseling since his release in the Central District of California on April 10, 2013.  He has been fully compliant with all conditions of his pretrial release and has not had any positive drug tests since his release.  His pretrial services officer in the Central District is requesting he be terminated from participating in counseling.  His officer will also be reducing the frequency of his drug testing due to his continued compliance.  The Court is advised that attorney for the United States in this action, Assistant United States Attorney Jared Dolan, has been apprised of this request and provided with a copy of the attached amended conditions, and has indicated that he has no objection to such modification to the conditions of Mr. Reed's release.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: May 7, 2014                              BENJAMIN WAGNER
                                                United States Attorney

                                                By:        /s/ Jared Dolan
                                                JARED DOLAN
                                                Assistant United States Attorney

Dated: May 7, 2014                                     /s/ Erin J. Radekin
                                                ERIN J. RADEKIN
                                                Attorney for Defendant
                                                DAVID REED

### **ORDER**

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of Mr. Reed's release are hereby modified  pursuant to 18 U.S.C. § 3145(a). The new

Stipulation and [Proposed] Order - 2

conditions of release are those set forth in the 2nd Amended Special Conditions of Release attached to the parties' stipulation (ECF No. 99-1).

Dated: May 8, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE