ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-CR-00144 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| ) | |
| DAVID REED, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jared Dolan, defendant, Jason Schroeder, by and through his counsel, Timothy Zindel, defendant, John Young, by and through his counsel, Philip Cozens, defendant, Kirk Sanderson, by and through his counsel, Clemente Jimenez, defendant, Jason Reed, by and through his counsel, Bruce Locke, defendant, David Reed, by and through his counsel, Erin J. Radekin, defendant, Maribel Martinez, by and through her counsel, Jesse Ortiz, defendant, Joshua Payne, by and through his counsel, Candice L. Fields, and defendant, Andrea Turner, by and through her counsel, Linda Parisi, agree and stipulate to vacate the date set for status conference, July 29, 2014 at 9:30 a.m., in the above-captioned matter, and to continue

Stipulation and Order - 1

1  the status conference to September 9, 2014 at 9:30 a.m. in the courtroom of
2  the Honorable John A. Mendez.
3      The reason for this request is that additional time is needed by the
4  defense to complete plea negotiations and other defense preparation.  The
5  Court is advised that all counsel above concur with this request and have
6  authorized Ms. Radekin to sign this stipulation on their behalf.
7      The parties further agree and stipulate that the time period from the
8  filing of this stipulation until September 9, 2014 should be excluded in
9  computing time for commencement of trial under the Speedy Trial Act, based
10 upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
11 Code T4, to allow reasonable time necessary for effective defense
12 preparation.  It is further agreed and stipulated that the ends of justice
13 served in granting the request outweigh the best interests of the public and
14 the defendant in a speedy trial.
15     Accordingly, the parties respectfully request the Court adopt this
16 proposed stipulation.
17 IT IS SO STIPULATED
18 Dated: July 22, 2014                BENJAMIN WAGNER
                                       United States Attorney
19
                                 By:   /s/ Jared Dolan
20                                     JILL THOMAS
                                       Assistant United States Attorney
21

22 Dated: July 22, 2014                /s/ Timothy Zindel
                                       TIMOTHY ZINDEL
23                                     Attorney for Defendant
                                       JASON SCHROEDER
24

25 Dated: July 22, 2014                /s/ Philip Cozens
                                       PHILIP COZENS
26                                     Attorney for Defendant
                                       JOHN YOUNG
27

28

Stipulation and Order - 2

```
Dated: July 22, 2014              /s/ Clemente Jimenez
                                  CLEMENTE JIMENEZ
                                  Attorney for Defendant
                                  KIRK SANDERSON

Dated: July 22, 2014              /s/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for Defendant
                                  JASON REED

Dated: July 22, 2014              /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  DAVID REED

Dated: July 22, 2014              /s/ Jesse Ortiz
                                  JESSE ORTIZ
                                  Attorney for Defendant
                                  MARIBEL MARTINEZ

Dated: July 22, 2014              /s/ Candice Fields
                                  CANDICE FIELDS
                                  Attorney for Defendant
                                  JOSHUA PAYNE

Dated: July 22, 2014              /s/ Linda Parisi
                                  LINDA PARISI
                                  Attorney for Defendant
                                  ANDREA TURNER
```

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of July 29, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on September 9, 2014 at 9:30 a.m.  The Court finds excludable time in this matter through September 9, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 7/25/2014                    /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge