ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00144 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE JUDGMENT AND SENTENCING |
| v. | ) | AND MODIFY SCHEDULE OF DISCLOSURE |
| | ) | |
| DAVID REED, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jared Dolan, and defendant, David Reed, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, July 7, 2015 at 9:15 a.m. and continue judgment and sentencing to August 4, 2015 at 9:15 a.m. in the courtroom of the Honorable John A. Mendez.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to pre-sentence report ("PSR"):

Motion for correction of PSR         July 21, 2015

Reply, or non-opposition             July 28, 2015

Stipulation and Order - 1

1    This continuance is requested to allow the parties to file any response
2 to the final PSR, which was filed on July 1, 2015, and for counsel to prepare
3 for sentencing.  The Court is advised Mr. Dolan and Ms. Moore have no
4 opposition to the proposed dates set forth above, and Mr. Dolan has
5 authorized Ms. Radekin to sign this stipulation on his behalf.
6    Accordingly, the parties respectfully request the Court adopt this
7 proposed stipulation.
8 IT IS SO STIPULATED
9 Dated: July 1, 2015                    BENJAMIN WAGNER
                                         United States Attorney
10
                                    By:  /s/ Jared Dolan
11                                       JARED DOLAN
                                         Assistant United States Attorney
12
13 Dated: July 1, 2015                    /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
14                                       Attorney for Defendant
                                         DAVID REED
15
16                              ORDER
17    For the reasons set forth in the accompanying stipulation and
18 declaration of counsel, the date set for judgment and sentencing, July 7,
19 2015 at 9:15 a.m. is VACATED and the above-captioned matter is set for
20 judgment and sentencing on August 4, 2015 at 9:15 a.m. in the courtroom of
21 the Honorable John A. Mendez.
22     IT IS FURTHER ORDERED that the schedule of disclosure be modified as
23 follows:
24    Motion for correction of PSR       July 21, 2015
25    Reply, or non-opposition           July 28, 2015
26 IT IS SO ORDERED.
27 Dated: 7/1/2015                       /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
28                                       United States District Court Judge