HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
JESSICA GANDARA
Certified Law Student
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
DAVID REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13- CR-00144-JAM |
| Plaintiff, | MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| DAVID REED, | Judge: Hon. John A. Mendez |
| Defendant. | |

## I. INTRODUCTION

Mr. Reed hereby moves the Court to terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The thirty-six month term of supervised release began on July 29, 2016. Mr. Reed has completed over twenty-eight months of his supervisory term. His Probation Officer, Karen Lucero, has reviewed this motion and has indicated to defense counsel that she does not object. The Government has reviewed a draft of this motion and indicated that it plans to file a non-opposition memorandum. Accordingly, no hearing has been requested.

## II. APPLICABLE LAW

Title 18, section 3583(e)(1) of the United States Code authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released

and the interest of justice."

Section 3583(e) directs the Court to consider the purposes of sentencing set forth in 18 U.S.C. § 3553(a)(1) (nature and circumstances of offense, and history and circumstances of defendant); 3553(a)(2)(b)(adequate deterrence to criminal conduct); 3553(a)(2)(C) (protect public from further crimes of defendant); (a)(2)(D)(provide needed training, care, or treatment); (a)(4) (kinds of sentence available); (a)(5) (policy statements); (a)(6) (avoid unwarranted disparities); and (a)(7) (restitution).

Pursuant to the Guide to Judiciary Policy, there is a presumption in favor of recommending early termination for supervisees after the first eighteen months if they are not "career violent and/or drug offenders, sex offenders, or terrorists," if they "present no identified risk to the public or victims," and if they are "free from any moderate or high severity violations." *Guide to Judiciary Policy*, Vol. 8E, Ch. 3 § 380.10(g), "Early Termination" (Monograph 109) (rev'd 2010).

On February 16, 2012, the Honorable Robert Holmes Bell, Chair of the Committee on Criminal Law of the Judicial Conference, issued a memorandum to all United States District Court Judges encouraging them to grant early termination of supervised release in appropriate cases as an effort to reduce expenditures in the probation and pretrial services programs. Terminating "appropriate cases before they reach their full term saves resources and allows officers to focus on offenders who continue to pose the greatest risk of recidivism." Judge Bell's memorandum notes that supervision costs approximately $3,938 per year per case. Analysis by the Administrative Office of the Courts indicates that offenders who received early termination were "arrested less often, for less serious charges, and were sentenced to terms of imprisonment less often." Accordingly, "[f]rom a policy standpoint, it appears that the above criteria, when properly applied, does not jeopardize public safety." *Id.*

//

### III. MR. REED SATISFIES ALL THE CRITERIA FOR EARLY TERMINATION

Mr. Reed satisfies all factors set forth for early termination. As of early December, Mr. Reed has completed twenty-eight months of his thirty-six month term of supervision and does not require any programming or treatment. Mr. Reed emails a written report once a month to the Probation Officer, but requires no services. Mr. Reed has been fully compliant with all the standard and special conditions of supervision. Mr. Reed has also passed all his drug tests. He has forged a strong relationship with his Probation Officer, Karen Lucero, who supports this motion.

Mr. Reed pled guilty to Conspiracy to Commit Mail Fraud on March 24, 2015. Mr. Reed was sentenced on August 4, 2015 to a term of one year and one day in custody, and a supervised release term of 36 months. Mr. Reed has fully complied with all requirements of supervised release. Since his release, Mr. Reed has demonstrated that he is more than capable of living a law-abiding life and being a productive member of society, and that further supervised release is not necessary to protect the public.

Mr. Reed is a self-motivated and determined individual. Mr. Reed had just completed his junior year at the University of California, Davis ("UC Davis") when he was sentenced in August 2015. However, before entering his final year, Mr. Reed withdrew from school to serve time in custody. Immediately upon his release from custody in July of 2016, Mr. Reed was adamant about finishing college and receiving a bachelor's degree. Within only two months of being released, he reapplied and reenrolled at UC Davis for the 2016-2017 academic school year. (Exh. A [Transcripts].) Because of his unwavering determination, Mr. Reed graduated with a bachelor's degree in sociology in July 2017. *Id.*

Since graduating, Mr. Reed has maintained stable and gainful employment at The NorthFace retail store in Vacaville, California. Mr. Reed began working at The NorthFace about one year ago as a seasonal employee. Throughout his time at The NorthFace, Mr. Reed has demonstrated that he is a "model employee" by "consistently showing up early for every shift, working hard at whatever is asked of him and being extremely flexible…" (Exh. B [Reference

Motion for Early Termination of Supervised Release   -3-   *U.S. v David Reed*
2:13-CR-00144-JAM

Letter].) In addition, Mr. Reed has demonstrated that he is an exemplary leader as he "encourages the people around him to work harder through his incredible work ethic and ever-positive-attitude." *Id.* Shortly after Mr. Reed began with the company, he was promoted to hold a temporary keyholder position, and as such, was entrusted with opening and closing the store as well as other managerial tasks. Because of Mr. Reed's "hard work and influential character traits," Mr. Reed was promoted again, this time, to be a stock supervisor. *Id.* Mr. Reed's supervisor has noted that he has "no doubts that [Mr. Reed] will succeed and excel as he has done..." *Id.*

In addition to Mr. Reed's notable work performance, he also plans to return to school to obtain a master's degree and aspires to become a social worker. Mr. Reed grew up without a stable home and with minimal family support. *See* Amended Sentencing Memorandum, docket no. 208 at p. 3. He never met his father and was abandoned by his mother who was addicted to drugs. After his grandmother passed away when he was about six years old, Mr. Reed lived in an abusive environment with his uncle and was left without the emotional support, care, and life skills that he needed growing up. Motivated by his upbringing, Mr. Reed would like to work closely with troubled youth and provide them with the help and resources that he never received as a child. He would like to positively influence children's lives by teaching them about self-worth, how to live an emotionally healthy life, and by encouraging them to attend college.

Mr. Reed has demonstrated that he is capable of living a law abiding life. He has complied with all the requirements of his supervised release according to the probation officer. Mr. Reed has achieved success in college, is a hardworking and valued employee, and has become financially self-sufficient. Mr. Reed has fully reintegrated into the community and does not need supervised release to provide him with any educational or vocational training, medical care, or any other correctional treatment.

///

///

///

Mr. Reed satisfies every factor for consideration in 18 U.S.C. § 3583(e). Given Mr. Reed's commendable rehabilitative efforts, outstanding performance on supervised release, and the support of the Probation Office for this motion, he respectfully requests that the Court order that his term of supervision be terminated under 18 U.S.C. § 3583(e). The Government has indicated that it will not oppose. Should the Court feel that a hearing is unnecessary, a proposed order is attached.

Dated: December 4, 2018

                      HEATHER E. WILLIAMS
                      Federal Defender

                      /s/ *RACHELLE BARBOUR*
                      RACHELLE BARBOUR
                      Attorney for Defendant

                      /s/ *JESSICA GANDARA*
                      JESSICA GANDARA
                      Certified Law Clerk

[Proposed] O R D E R

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges DAVID REED for the reasons set forth above.

Dated: December 5, 2018

_____
Hon. John A. Mendez
United States District Court Judge

Matthew Muirhead

████████

Fair Oaks, CA 95628

November 18, 2018

RE: David Reed

To whom it may concern –

My name is Matthew Muirhead and I am the store manager for The North Face in Vacaville. David Reed has been an employee with us since September 2017.

During my relationship with David, he has been a model employee in the store. Aside from consistently showing up early for every shift, working hard at whatever is asked of him and being extremely flexible with the changing needs of the business, he also encourages the people around him to work harder through his incredible work ethic and ever-positive attitude.

As a result of his hard work and influential character traits, I have recently promoted David to a Stock Supervisor management position in the store. His work ethic and attention to detail will be instrumental in leading a team over the holiday season and beyond. He is coming into this position during the most challenging time of the year in retail, but I have no doubts he will succeed and excel as he has done during his tenure with The North Face.

Sincerely,

Matthew Muirhead

OAVIO JAMES REED                                                    ID 912-███

UNDERGRAOUATE ACAOEMIC RECORO

    DEGREE AWARDEO: 15-SEP-17
    BACHELOR OF ARTS
        MAJOR(S): SOCIOLOGY
        EMPHASIS(ES): SOCIAL SERVICES

ADMITTED: FALL QUARTER 2014

TRANSFER CREOIT:
SANTA BARBARA CITY C              0106 TO 0614
    JC TRANSFER                                86.50
SOLANO CMTY COLLEGE               0105 TO 0505
    JC TRANSFER                                 4.50
SOLANO CMTY COLLEGE               0117 TO 0617
    JC TRANSFER                                 4.50
SOLANO CMTY COLLEGE               0617 TO 0817
    JC TRANSFER                                 4.50
    TOTAL TRANSFER UNITS ALLOWED:            100.00

INSTITUTION CREDIT:

                FALL QUARTER 2014

CURRENT COLLEGE(S): LETTERS & SCIENCE
CURRENT MAJOR(S): SOCIOLOGY
A A STD    001  HIST EXP ASIAN AM    C    4.00    8.00
N A STD    001  INTRO TO NAS         A-   4.00   14.80
SOCIOL     118  POLITICAL SOCIOLOGY  B    4.00   12.00
           COMPL   ATTM    PSSD    GPTS    GPA
TERM:      12.00   12.00   12.00   34.80   2.900
UC CUM:    12.00   12.00   12.00   34.80   2.900

                WINTER QUARTER 2015
AF-AMST    100  ETHNICITY IN THE US  B+   4.00   13.20
SOCIOL     002  SELF AND SOCIETY     C    4.00    8.00
SOCIOL     143A URBAN SOCIETY        B    4.00   12.00
SOCIOL     160  ENVIRONMENTAL SOCIOLOGY F 4.00     .00
    REPEATED, EXCLUDED FROM GPA
           COMPL   ATTM    PSSD    GPTS    GPA
TERM:      12.00   12.00   12.00   33.20   2.766
UC CUM:    24.00   24.00   24.00   68.00   2.833

                SPRING QUARTER 2015
PSYCH      140  DEVELOPMENTAL PSYCHOLOGY D 4.00   4.00
SOCIOL     120  DEVIANCE             C+   4.00    9.20
SOCIOL     143B CITY LIFE            B-   4.00   10.80
           COMPL   ATTM    PSSD    GPTS    GPA
TERM:      12.00   12.00   12.00   24.00   2.000
UC CUM:    36.00   36.00   36.00   92.00   2.555

                SUMMER SESSION 1 2015
PHYS ED    120  SPORTS IN AMER SOCIETY B- 3.00    8.10
SOCIOL     131  THE FAMILY           P*   4.00     .00
           COMPL   ATTM    PSSD    GPTS    GPA
TERM:       7.00    3.00    3.00    8.10   2.700
UC CUM:    43.00   39.00   39.00  100.10   2.566

                SUMMER SESSION 2 2015
PHYS ED    040  DRUGS AND SOCIETY    NP   2.00     .00

*************** CONTINUED ON NEXT COLUMN ***************


        DAVID JAMES REED

CONTINUED
SOCIOL     132  GENDER              NP*   4.00     .00
           COMPL   ATTM    PSSD    GPTS    GPA
TERM:        .00     .00     .00     .00    .000
UC CUM:    43.00   39.00   39.00  100.10   2.566

                FALL QUARTER 2016
SOCIOL     132  GENOER               C    4.00    8.00
SOCIOL     140  SOCIAL STRATIFICATION C   4.00    8.00
SOCIOL     150  CRIMINOLOGY          B-   4.00   10.80
SOCIOL     151  THE CRIMINAL JUSTICE SYS B- 4.00 10.80
           COMPL   ATTM    PSSD    GPTS    GPA
TERM:      16.00   16.00   16.00   37.60   2.350
UC CUM:    59.00   55.00   55.00  137.70   2.503

                WINTER QUARTER 2017
SOCIOL     160  ENVIRONMENTAL SOCIOLOGY F 4.00     .00
    REPEATED, INCLUDED IN GPA
SOCIOL     185Y SOCIAL POLICY (HYBRID) B  4.00   12.00
UWRITNG    101  ADVANCED COMPOSITION B+   4.00   13.20
           COMPL   ATTM    PSSD    GPTS    GPA
TERM:       8.00   12.00    8.00   25.20   2.100
UC CUM:    67.00   67.00   63.00  162.90   2.431

                SPRING QUARTER 2017
AMR STD    198  DIRECTED GP STUDY    P    2.00     .00
CHICANO    182  RACE & JUVENILE JUSTICE A 4.00   16.00
MUSIC      116  MUSIC OF THE BEATLES B-   4.00   10.80
SOCIOL     046B INT SOCIAL RESEARCH  P*   5.00     .00
           COMPL   ATTM    PSSD    GPTS    GPA
TERM:      15.00    8.00    8.00   26.80   3.350
UC CUM:    82.00   75.00   71.00  189.70   2.529

                SUMMER SESSION 2 2017
                WITHDRAWN FROM UNIVERSITY

CURRENT COLLEGE(S): LETTERS & SCIENCE
CURRENT MAJOR(S): SOCIOLOGY
           COMPL   ATTM    PSSD    GPTS    GPA
TERM:        .00     .00     .00     .00    .000
UC CUM:    82.00   75.00   71.00  189.70   2.529

**************** TRANSCRIPT TOTALS ******************

TOTAL UNITS COMPLETED: 182.00        UC GPA: 2.529
UC BALANCE POINTS: 39.7

STUDENT IN GOOD ACADEMIC STANDING

******************** MEMORANDA *********************
UNIVERSITY REQUIREMENTS:
    ELWR: SATISFIED                 05/15/14
    AMERICAN HIST/INST - SATISFIED 05/15/14
HIGH SCHOOL: A███ HIGH SCHOOL JUN-04

                   END OF RECORD
UNOFFICIAL UC DAVIS TRANSCRIPT COMPUTER PRODUCED ON
11/15/18 - ISSUED TO STUDENT.